December 21, 2020

To whom this may concern,

Hector Vega is my fiancé, and I am writing this letter to explain to the court how important he is to our family and why we need him home. Hector and I share 3 young children and a stepson together, Josiah, Alyas, Bella-Reina, and Hector Jr. None of his children have ever known life without him being present. Hector has made it a point to be the best father he can be and the best role model for not only his children but for all the children in both of our families.

Hector is the main caregiver for our children, as I work as a waitress/bartender, and my hours and shifts differentiate on a weekly basis. Without Hector our household is turned upside down, our children are confused and do not understand why he is not home with them, I am left scrambling to find childcare so that I am able to work to support them, and life is just chaotic.

I am asking that the court give him the minimal time allowed so that our family can put this behind us.

Sincerely,

Bianca Rivera

December 18, 2020

To whom this may concern,

I am writing this letter on behalf of my brother-in-law Hector Vega. It is exceedingly difficult to describe Hector in such a short letter because he truly is a great person. Hector is an amazing father, brother, son, and friend. He makes a point to be the best role model he can be for his children, nephews, and nieces, and he is honestly the closest thing to a father that most of them have known. He is the person to always show up for them when it counts, whether it be sporting events, graduations, birthdays etc. Hector makes sure that he is present for every special moment.

I have known Hector for about 11 years now, and I have watched him, and my sister raise their children together, and unfortunately in our world today, not many children have the opportunity to be raised in a household with both parents present. Hector has done an amazing job raising my niece and nephews and honestly helping me raise my child as well. They have never had to live without him apart from the short time he spent away from them earlier this year because of this case. During that time, I watched his children and my son have a difficult time with him being away, they did not understand why anyone would take their father and uncle away from them.

I am asking that the court show leniency not only to Hector but to his children and my son as well and impose the minimum sentence of 15 months so that we may all resume our lives with Hector present in our daily routines.

Sincerely,

Brittany Rivera

(203) 550-7818

December 14, 2020

To whom this may concern,

I am writing this letter to describe who my son Hector Vega is and what he means to our family. Hector is a loving and caring father of four children. He is a truly devoted father and is incredibly involved in his children's lives. He also has six siblings and cares deeply for each of them, along with his niece and nephews.

Hector is a family man, and his family means everything to him. He is the person that we can all count on, the man willing to go the extra mile for any family member in need. He is the man that brings life into the room and goes out of his way to make everyone feel loved. Hector is truly loved and needed by everyone in this family, and I ask that you give him the minimum sentence allowed.

Sincerely,

Waleska Velez